IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No.: 5:25-cv-130

| | |
|---|---|
| TIFFANY TORRES, | ) |
| | ) |
| Plaintiff, | ) **NOTICE OF VOLUNTARY DISMISSAL** |
| v. | ) **OF COUNT II – VIOLATION OF NC** |
| | ) **WHISTLEBLOWER ACT** |
| FAYETTEVILLE STATE UNIVERSITY, | ) |
| | ) |
| Defendant. | ) |

NOW COMES Plaintiff Tiffany Torres, by and through undersigned counsel of record and pursuant to Rule 41(a)(1)(A)(i), and hereby dismisses without prejudice her Second Claim for Relief – Violation of NC Whistleblower Act in this action against Defendant Fayetteville State University.

Respectfully submitted, this the 27th day of March, 2025.

OSBORN GAMBALE BECKLEY & BUDD PLLC
/s/ Jordan Nicole Leslie Tenley
JORDAN NICOLE LESLIE TENLEY
N.C. Bar No. 51787
375 Main Avenue NE, Suite #11
Hickory, NC 28601
jordan@counselcarolina.com
919.373.6422
Facsimile: 919.578.3733

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document has been electronically filed with the Clerk of Court using the CM/ECF system, which system will automatically generate and send a Notice of Electronic Filings to the undersigned filing user and registered users of record in the matter, as follows:

Adrina G. Bass
NC Department of Justice
PO Box 629
Raleigh, NC 27602-0629
abass@ncdoj.gov
F: 919-716-6764
*Counsel for Defendant*

This the 27th day of March, 2025.

OSBORN GAMBALE BECKLEY & BUDD PLLC
/s/ Jordan Nicole Leslie Tenley
JORDAN NICOLE LESLIE TENLEY
N.C. Bar No. 51787
375 Main Avenue NE, Suite #11
Hickory, NC 28601
jordan@counselcarolina.com
919.373.6422
Facsimile: 919.578.3733