IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:25-CV-130-BO-BM

| TIFFANY TORRES, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | **ORDER** |
|  | ) |  |
| FAYETTEVILLE STATE UNIVERSITY, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

This matter is before the court on defendant's consent motion [DE-17] to stay all deadlines in the court's order for discovery plan [DE-14] until (i) thirty (30) days after defendant files an answer to the amended complaint [DE-15], or (ii) the court rules on defendant's anticipated motion to dismiss the amended complaint, whichever is later. For good cause shown by the reasons stated in the consent motion, the motion to stay [DE-17] is GRANTED.

It is therefore ORDERED that the parties' deadline to participate in a Rule 26(f) conference and to submit a discovery plan, as well as any discovery deadlines, are STAYED in this case until the later of: (i) thirty (30) days after defendant files an answer to the amended complaint, or (ii) such time as the court rules on defendant's anticipated motion to dismiss the amended complaint. IT IS FURTHER ORDERED that should any claim survive a motion to dismiss the amended complaint, the parties shall participate in a Rule 26(f) conference and file a Rule 26(f) report within twenty-one (21) days of the court's ruling, unless otherwise ordered by the court.

SO ORDERED, this 1st day of July, 2025.

_____
Brian S. Meyers
United States Magistrate Judge